IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.             Civil No. 04-5291
          Criminal No. 02-50051-002

MARIO FLAMENCO                                                        DEFENDANT

### AMENDED AND SUBSTITUTED ORDER

Now on this 2nd day of April, 2007, comes on for consideration defendant's **Application To Proceed Without Prepayment Of Fees** (document #115), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS SO ORDERED.**

/s/Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**